UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| CURTIS HALL | *  CIVIL ACTION NO. 2:15-cv-674 |
|     DOC #416496 | *      SECTION P |
| | * |
| v. | *  JUDGE MINALDI |
| | * |
| | * |
| JAMES M. LeBLANC, ET AL | *  MAGISTRATE JUDGE KAY |

**************************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 8) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that Hall's civil rights complaint is **DENIED AND DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted in accordance with 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

Lake Charles, Louisiana, this ____day of _____, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE